IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE TRUSTEES OF THE NEW YORK STATE NURSES ASSOCIATION PENSION PLAN, | ) ) ) ) | |
| Petitioners, | ) ) | Case No. 21-cv-8330 (LAK) |
| v. | ) ) | |
| WHITE OAK GLOBAL ADVISORS, LLC, | ) ) | **SECOND AMENDED NOTICE OF APPEAL** |
| Respondent. | ) | |

NOTICE IS HEREBY GIVEN that White Oak Global Advisors, LLC ("White Oak"), respondent in the above-captioned case, amends its notice of appeal to the United States Court of Appeals for the Second Circuit to also appeal from the October 27, 2022 Order of the United States District Court for the Southern District of New York granting the motion of petitioners, the Trustees of the New York State Nurses Association Pension Plan, for attorneys' fees, costs, and disbursements (docket number 123) and the October 27, 2022 Judgment entered thereon (docket number 124).

As stated in its prior amended notice of appeal (docket number 104), White Oak also appeals from the August 25, 2022 Memo Endorsed Order (docket number 103) denying its motion pursuant to Federal Rule of Civil Procedure 59 for partial reconsideration of the July 14, 2022 Order of the United States District Court for the Southern District of New York (docket number 91), as well as, as stated in its original notice of appeal (docket number 95) (Appeal Docketed as No. 22-1783 (2d Cir.)) from the March 17, 2022 Memorandum Opinion of the United States District Court for the Southern District of New York (docket number 59), the March 17, 2022 final Judgment entered thereon (docket number 60), the June 20, 2022 Memorandum Opinion of the United States District Court for the Southern District of New York

(docket number 87), the July 14, 2022 Order on Post-Judgment Motions of the United States District Court for the Southern District of New York (docket number 88), the July 14, 2022 Corrected Judgment entered thereon (docket number 89), and from all associated and underlying orders, judgments, and decisions.

Dated: November 9, 2022

By: */s/ Eamon P. Joyce*

James Heyworth
jheyworth@sidley.com
Eamon P. Joyce
ejoyce@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

and

Thomas K. Cauley, Jr. (*pro hac vice*)
tcauley@sidley.com
Steven E. Sexton (*pro hac vice*)
ssexton@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Respondent White Oak Global Advisors, LLC*

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:21-cv-08330-LAK

| | |
|---|---|
| The Trustees of the New York State Nurses Association Pension Plan v. White Oak Global Advisors, LLC<br>Assigned to: Judge Lewis A. Kaplan<br>Cause: 9:9 Motion to Confirm Arbitration Award | Date Filed: 10/08/2021<br>Date Terminated: 03/17/2022<br>Jury Demand: None<br>Nature of Suit: 896 Other Statutes: Arbitration<br>Jurisdiction: Federal Question |

**Plaintiff**

**The Trustees of the New York State Nurses Association Pension Plan**    represented by    **C. William Phillips**
Covington & Burling LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405
212-841-1000
Fax: 212-841-1010
Email: cphillips@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clea Liquard**
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
212-841-1173
Email: cliquard@cov.com
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Sperling**
Covington & Burling LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
Fax: (212) 841-1010
Email: jsperling@cov.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**White Oak Global Advisors, LLC**    represented by    **Eamon Paul Joyce**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 839-8555
Fax: (212) 839-5599
Email: ejoyce@sidley.com
*ATTORNEY TO BE NOTICED*

**James Ormerod Heyworth , V**
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 839-6785
Fax: (212) 839-5599
Email: jheyworth@sidley.com
*ATTORNEY TO BE NOTICED*

**Steven E. Sexton**

Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
312–853–7000
Fax: 312–853–7036
Email: ssexton@sidley.com
*ATTORNEY TO BE NOTICED*

**Thomas K. Cauley**
Sidley Austin, LLP (Chicago)
One South Dearborn
Chicago, IL 60603
(312) 853–7000
Fax: (312) 853–7036
Email: tcauley@sidley.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2021 | 1 | DOCUMENTS TO BE SEALED (Signed by Judge Mary Kay Vyskocil on 10/6/2021) (pc) (Entered: 10/08/2021) |
| 10/08/2021 | 2 | CIVIL COVER SHEET filed..(pc) (Entered: 10/08/2021) |
| 10/08/2021 |  | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 10/08/2021) |
| 10/08/2021 |  | Case Designated ECF. (pc) (Entered: 10/08/2021) |
| 10/08/2021 | 3 | SEALED DOCUMENT placed in vault.(nmo) (Entered: 10/08/2021) |
| 10/14/2021 | 4 | SEALED DOCUMENT placed in vault.(nmo) (Entered: 10/14/2021) |
| 10/18/2021 | 5 | **Vacated as per Judge's Order dated 10/19/2021, Doc. # 13** ***SELECTED PARTIES*** ORDER: The parties shall submit any papers in support of continued sealing of the documents already of record, or pa1ts thereof, no later than October 25, 2021. Any party seeking continued secrecy shall identify specifically the materials as to which such treatment is sought and the alleged basis for granting it. (Signed by Judge Lewis A. Kaplan on 10/18/2021) (ama) Modified on 10/21/2021 (yv). (Entered: 10/18/2021) |
| 10/19/2021 | 6 | SEALED DOCUMENT placed in vault.(nmo) (Entered: 10/19/2021) |
| 10/19/2021 | 13 | ENDORSED LETTER addressed to Judge Lewis A. Kaplan from C. William Phillips dated 10/18/21 re: response to Your Honor's Order of October 12, 2021. ENDORSEMENT: In light of the attached letter: 1. All of the papers heretofore filed under seal in this case – except the Declaration of C. William Phillips, Esq.(the "Phillips Declaration") – hereby are unsealed. The parties shall consult promptly with the Clerk of Court as to the means of filing publicly the unsealed papers in electronic form on the CM–ECF system and ensure their prompt public filing. 2. An electronic copy of the Phillips Declaration, with Exhibits C and M redacted, shall be filed publicly promptly. 3. The Court adopts to proposed briefing schedule with respect to whether Exhibits C and M to the Phillips Declaration shall remain sealed. 4. The order entered yesterday (Dkt. 5) is vacated. SO ORDERED., ( Responses due by 10/21/2021, Replies due by 10/29/2021.) (Signed by Judge Lewis A. Kaplan on 10/19/21) (yv) (Entered: 10/21/2021) |
| 10/19/2021 | 14 | NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT.Document filed by The Trustees of the New York State Nurses Association Pension Plan. ** This document was previously filed under seal in envelope #3 and unsealed by docket entry 13. (Attachments: # 1 Petition).(kv) (Entered: 10/21/2021) |

| 10/19/2021 | 15 | NOTICE OF APPEARANCE by C. William Phillips on behalf of The Trustees of the New York State Nurses Association Pension Plan. ** This document was previously filed under seal in envelope #3 and unsealed by docket entry 13..(kv) (Entered: 10/21/2021) |
|---|---|---|
| 10/19/2021 | 16 | NOTICE OF APPEARANCE by Jonathan Michael Sperling on behalf of The Trustees of the New York State Nurses Association Pension Plan. ** This document was previously filed under seal in envelope #3 and unsealed by docket entry 13..(kv) (Entered: 10/21/2021) |
| 10/19/2021 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Trustees of the New York State Nurses Association Pension Plan. ** This document was previously filed under seal in envelope #3 and unsealed by docket entry 13..(kv) (Entered: 10/21/2021) |
| 10/19/2021 | 18 | MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT in Support re: 14 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration. Document filed by The Trustees of the New York State Nurses Association Pension Plan. ** This document was previously filed under seal in envelope #3 and unsealed by docket entry 13..(kv) (Entered: 10/21/2021) |
| 10/19/2021 | 19 | ORDER: The parties shall submit to chambers copies of any papers previously submitted with respect to the motion to seal presented to Judge Vyskocil. They shall advise the Court by October 18, 2021 whether any further briefing on that subject is desired and, if so, propose a schedule for any further submissions. SO ORDERED. ** This document was previously filed under seal in envelope #4 and unsealed by docket entry 13. (Signed by Judge Lewis A. Kaplan on 10/12/2021) (kv) Modified on 10/21/2021 (kv). (Entered: 10/21/2021) |
| 10/19/2021 | 20 | ORDER: The parties shall submit any papers in support of continued sealing of the documents already of record, or parts thereof, no later than October 25, 2021. Any party seeking continued secrecy shall identify specifically the materials as to which such treatment is sought and the alleged basis for granting it. ** This document was previously filed under seal in envelope #6 and unsealed by docket entry 13. (Signed by Judge Lewis A. Kaplan on 10/18/2021) (kv) (Entered: 10/21/2021) |
| 10/20/2021 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent White Oak Financial, LLC for White Oak Global Advisors, LLC. Document filed by White Oak Global Advisors, LLC..(Heyworth, James) (Entered: 10/20/2021) |
| 10/20/2021 | 8 | NOTICE OF APPEARANCE by James Ormerod Heyworth, V on behalf of White Oak Global Advisors, LLC..(Heyworth, James) (Entered: 10/20/2021) |
| 10/20/2021 | 9 | LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from James Heyworth dated October 20, 2021. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Protective Order, # 2 Proposed Order to Seal).(Heyworth, James) (Entered: 10/20/2021) |
| 10/20/2021 | 10 | MOTION to Vacate Arbitration *Award*. Document filed by White Oak Global Advisors, LLC..(Heyworth, James) (Entered: 10/20/2021) |
| 10/20/2021 | 11 | ***SELECTED PARTIES***DECLARATION of Thomas K. Cauley, Jr. in Support re: 10 MOTION to Vacate Arbitration *Award*.. Document filed by White Oak Global Advisors, LLC, The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V)Motion or Order to File Under Seal: 9 .(Heyworth, James) (Entered: 10/20/2021) |
| 10/20/2021 | 12 | MEMORANDUM OF LAW in Support re: 10 MOTION to Vacate Arbitration *Award*. *and in Opposition to Petition to Confirm Arbitration Award*. Document filed by White Oak Global Advisors, LLC..(Heyworth, James) (Entered: 10/20/2021) |
| 10/22/2021 | 21 | DECLARATION of C. William Phillips in Support re: 14 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by The Trustees of |

|            |    | the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit A – 2020.11.30 Partial Final Award, # 2 Exhibit B – 2021.08.04 Final Award, # 3 Exhibit C – 2016 IMA_ J–2 [redacted], # 4 Exhibit D – 2018.09.27 Arbitrator Selection, # 5 Exhibit E – 2020.06.22 Townley Email deadline for issuance of award, # 6 Exhibit F – 2020.08.05 Extension of deadline, # 7 Exhibit G – 2020.10.13 Additional Extension of Deadline, # 8 Exhibit H – 2021.05.19 Supplemental Fee Application – Declaration of Phillips, # 9 Exhibit I – 2021.05.19 Suplemental Fee Application Exhibit A–2, # 10 Exhibit J – 2021.02.15 Simon Aff, # 11 Exhibit K – 2021 Simon Aff. Ex 8_to_16, # 12 Exhibit L – 2021.05.19 Simon Response Aff, # 13 Exhibit M – 2021.05.19 Simon Response Aff – Exhibits [redacted]).(Phillips, C.) (Entered: 10/22/2021) |
|------------|----|---|
| 10/25/2021 | 22 | RESPONSE to 14 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by White Oak Global Advisors, LLC..(Heyworth, James) (Entered: 10/25/2021) |
| 10/26/2021 | 23 | AFFIDAVIT OF SERVICE of Notice of Petition, Petition and Supporting Papers served on White Oak Global Advisors, LLC on October 11, 2021. Service was accepted by Minard Carkner, Litigation Management Specialist for Corporation Service Company. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 10/26/2021) |
| 10/26/2021 | 24 | PROPOSED SCHEDULING ORDER. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 10/26/2021) |
| 10/29/2021 | 25 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from C. William Phillips dated October 29, 2021 re: 9 LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from James Heyworth dated October 20, 2021. . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 10/29/2021) |
| 11/02/2021 | 26 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their undersigned counsel, as follows: 1. The Plan's reply in support of its Petition to Confirm, and its opposition to White Oak's Petition to Vacate shall be served and filed on or before November 24, 2021. 2. White Oak's reply in support of its Petition to Vacate shall be served and filed on or before December 17, 2021. So Ordered. Set Deadlines/Hearing as to 10 MOTION to Vacate Arbitration *Award*. :( Responses due by 11/24/2021, Replies due by 12/17/2021.) (Signed by Judge Lewis A. Kaplan on 11/2/21) (yv) (Entered: 11/02/2021) |
| 11/02/2021 | 27 | MOTION for Thomas K. Cauley, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25279078. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Declaration of Thomas K. Cauley, Jr., # 2 IL Certificate of Good Standing, # 3 NY Certificate of Good Standing, # 4 Text of Proposed Order).(Cauley, Thomas) (Entered: 11/02/2021) |
| 11/03/2021 |    | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for Thomas K. Cauley, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25279078. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 11/03/2021) |
| 11/03/2021 | 28 | LETTER REPLY to Response to Motion addressed to Judge Lewis A. Kaplan from James Heyworth dated November 3, 2021 re: 9 LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from James Heyworth dated October 20, 2021. . Document filed by White Oak Global Advisors, LLC..(Heyworth, James) (Entered: 11/03/2021) |
| 11/10/2021 | 29 | MEMORANDUM OPINION UNSEALING DOCUMENTS re: 9 LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from James Heyworth dated October 20, 2021. filed by White Oak Global Advisors, LLC. In the last analysis all of respondent's arguments in favor of continued sealing are entirely without merit. Its letter motion to seal (Dkt 9) is denied in all respects. All documents previously sealed in whole or in part are unsealed. Petitioner shall take such steps with the Clerk to unseal the two exhibits in support of its petition that remain sealed. Respondent shall do likewise with respect to all of its previously sealed material. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 11/10/21) (yv) (Entered: 11/10/2021) |

| 11/10/2021 | 30 | NOTICE of Unsealing Exhibits C and M to the Declaration of C. William Phillips at ECF Dkt. No. 21 Pursuant to Order Entered 11/10/21 at ECF Dkt. No. 29 re: 21 Declaration in Support,,,. Document filed by The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit C, # 2 Exhibit M).(Phillips, C.) (Entered: 11/10/2021) |
|---|---|---|
| 11/12/2021 | 31 | DECLARATION of Thomas K. Cauley, Jr. (publicly filed pursuant to Memorandum Opinion 29 ) in Support re: 10 MOTION to Vacate Arbitration *Award*.. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V).(Heyworth, James) (Entered: 11/12/2021) |
| 11/24/2021 | 32 | MEMORANDUM OF LAW in Opposition re: 10 MOTION to Vacate Arbitration *Award. and in Further Support of Petition to Confirm Arbitration Award and Entry of Judgment*. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 11/24/2021) |
| 11/24/2021 | 33 | DECLARATION of C. William Phillips in Opposition re: 10 MOTION to Vacate Arbitration *Award*.. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 11/24/2021) |
| 11/24/2021 | 34 | DECLARATION of Peter A. Schwartz in Opposition re: 10 MOTION to Vacate Arbitration *Award*.. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 11/24/2021) |
| 11/24/2021 | 35 | MEMORANDUM OF LAW in Support re: 14 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, *and in Opposition to White Oak's Petition to Vacate, in part, the Arbitration Award*. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 11/24/2021) |
| 11/24/2021 | 36 | DECLARATION of C. William Phillips in Support re: 14 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 11/24/2021) |
| 11/24/2021 | 37 | DECLARATION of Peter A. Schwartz in Support re: 14 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 11/24/2021) |
| 12/14/2021 | 38 | ORDER FOR ADMISSION PRO HAC VICE granting 27 Motion for Thomas K. Cauley, Jr. to Appear Pro Hac Vice. The motion of Thomas K. Cauley Jr. for admission to practice pro hac vice in the above−captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above−captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Lewis A. Kaplan on 12/14/21) (yv) (Entered: 12/14/2021) |
| 12/17/2021 | 39 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION to Vacate Arbitration *Award*. . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 12/17/2021) |
| 12/17/2021 | 40 | DECLARATION of Stuart E. Fross in Support re: 10 MOTION to Vacate Arbitration *Award*.. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Cauley, Thomas) (Entered: 12/17/2021) |
| 12/22/2021 | 41 | LETTER MOTION for Leave to File Sur−reply *or to Disregard New Arguments Raised in Defendant's Reply Memorandum in Further Support of Its Petition to Vacate, in Part, Arbitration Award* addressed to Judge Lewis A. Kaplan from C. William Phillips dated December 22, 2021. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 12/22/2021) |

| 12/24/2021 | 42 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Thomas K. Cauley, Jr. dated December 24, 2021 re: 41 LETTER MOTION for Leave to File Sur–reply *or to Disregard New Arguments Raised in Defendant's Reply Memorandum in Further Support of Its Petition to Vacate, in Part, Arbitration Award* addressed to Judge Lewis A. Kaplan from C. William P . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 12/24/2021) |
|---|---|---|
| 01/18/2022 | 43 | ORDER granting in part and denying in part 41 Letter Motion for Leave to File Document. Motion granted to the extent that petitioners may file a surreply on or before 1/21/22. Otherwise denied. So Ordered. (Signed by Judge Lewis A. Kaplan on 1/18/22) (yv) (Entered: 01/18/2022) |
| 01/18/2022 | | Set/Reset Deadlines: Surreplies due by 1/21/2022. (yv) (Entered: 01/18/2022) |
| 01/21/2022 | 44 | REPLY MEMORANDUM OF LAW in Opposition re: 10 MOTION to Vacate Arbitration *Award. Petitioners Sur–reply in Opposition to White Oak Global Advisors, LLCs Motion to Vacate, in Part, an Arbitration Award and in Further Support of Petition to Confirm Arbitration Award and for Entry of Judgment*. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 01/21/2022) |
| 02/10/2022 | 45 | ORDER. The parties shall file supplemental memoranda on the following questions of law on or before February 25, 2022 as further set forth in this Order. The parties' respective memoranda are not to exceed ten double–spaced pages and may only address the above questions. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 2/10/22) (yv) (Entered: 02/10/2022) |
| 02/25/2022 | 46 | MEMORANDUM OF LAW re: 45 Order, . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 02/25/2022) |
| 02/25/2022 | 47 | DECLARATION of Thomas K. Cauley re: 46 Memorandum of Law . Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Cauley, Thomas) (Entered: 02/25/2022) |
| 02/25/2022 | 48 | SUPPLEMENTAL MEMORANDUM OF LAW re: 45 Order, . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 02/25/2022) |
| 03/02/2022 | 49 | ORDER: Oral argument regarding the pending motion to vacate the arbitration award (DI10) is scheduled to be heard on March 9, 2022 at 10:30 AM in Courtroom 21B. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/2/2022) ( Oral Argument set for 3/9/2022 at 10:30 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Lewis A. Kaplan.) (ks) (Entered: 03/02/2022) |
| 03/04/2022 | 50 | MOTION for Steven E. Sexton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25817995. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Declaration of Steven E. Sexton, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Sexton, Steven) (Entered: 03/04/2022) |
| 03/07/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 50 MOTION for Steven E. Sexton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25817995. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/07/2022) |
| 03/07/2022 | 51 | MOTION for Clea P.M. Liquard to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25822285. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Declaration, # 2 Exhibit A – Certificate of Good Standing, # 3 Text of Proposed Order).(Liquard, Clea) (Entered: 03/07/2022) |
| 03/07/2022 | 52 | MEMO ENDORSED ORDER granting 51 Motion for Clea P.M. Liquard to Appear Pro Hac Vice. ENDORSEMENT: Granted. So Ordered. (Signed by Judge Lewis A. Kaplan on 3/7/22) (yv) (Entered: 03/07/2022) |
| 03/08/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 51 MOTION for Clea P.M. Liquard to Appear Pro Hac Vice . Filing fee $** |

| | | |
|---|---|---|
| | | **200.00, receipt number ANYSDC–25822285. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/08/2022) |
| 03/08/2022 | 53 | MEMO ENDORSED ORDER granting 50 Motion for Steven E. Sexton to Appear Pro Hac Vice. ENDORSEMENT: Granted. So Ordered. (Signed by Judge Lewis A. Kaplan on 3/8/22) (yv) Modified on 3/17/2022 (yv). (Entered: 03/08/2022) |
| 03/08/2022 | 54 | NOTICE OF APPEARANCE by Thomas K. Cauley on behalf of White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 55 | NOTICE OF APPEARANCE by Steven E. Sexton on behalf of White Oak Global Advisors, LLC..(Sexton, Steven) (Entered: 03/08/2022) |
| 03/09/2022 | 56 | NOTICE OF APPEARANCE by Clea Liquard on behalf of The Trustees of the New York State Nurses Association Pension Plan..(Liquard, Clea) (Entered: 03/09/2022) |
| 03/09/2022 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Oral Argument held on 3/9/2022 re: 10 MOTION to Vacate Arbitration *Award*. filed by White Oak Global Advisors, LLC. Decision reserved. (Court Reporter Kristen Carannante) (Mohan, Andrew) (Entered: 03/09/2022) |
| 03/15/2022 | 57 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/9/2022 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/5/2022. Redacted Transcript Deadline set for 4/15/2022. Release of Transcript Restriction set for 6/13/2022..(Moya, Goretti) (Entered: 03/15/2022) |
| 03/15/2022 | 58 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/9/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 03/15/2022) |
| 03/17/2022 | 59 | MEMORANDUM AND OPINION: re: 10 MOTION to Vacate Arbitration Award filed by White Oak Global Advisors, LLC. For the foregoing reasons, White Oak's motion [Dkt. 1O] is granted to the very limited extent that the award is modified as described about solely with respect to White Oaks' retention of the IMA management fee and denied in all other respects. The Plan's petition to confirm the arbitration award, consisting of the PFA and the FA [Dkt. 14] and as modified by the preceding paragraph, is granted in all respects. The Plan's requests for post–award prejudgment interest and for a declaratory judgment are denied, the latter as moot. The Clerk shall enter judgment and close the case. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/17/2022) (ama) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/17/2022) |
| 03/17/2022 | 60 | CLERK'S JUDGMENT re: 59 Memorandum & Opinion in favor of The Trustees of the New York State Nurses Association Pension Plan, White Oak Global Advisors, LLC against The Trustees of the New York State Nurses Association Pension Plan, White Oak Global Advisors, LLC. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum and Opinion dated March 17, 2022, White Oak's motion is granted to the very limited extent that the award is modified as described about solely with respect to White Oaks' retention of the IMA management fee and denied in all other respects. The Plan's petition to confirm the arbitration award, consisting of the PFA and the FA and as modified by the preceding paragraph, is granted in all respects. The Plan's requests for post–award prejudgment interest and for a declaratory judgment are denied, the latter as moot; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/17/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 03/17/2022) |
| 04/11/2022 | 61 | MOTION to Amend/Correct 60 Clerk's Judgment,,,, . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 04/11/2022) |

| 04/11/2022 | 62 | MEMORANDUM OF LAW in Support re: 61 MOTION to Amend/Correct 60 Clerk's Judgment,,,, . . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 04/11/2022) |
|---|---|---|
| 04/13/2022 | 63 | MOTION to Vacate 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 04/13/2022) |
| 04/13/2022 | 64 | MEMORANDUM OF LAW in Support re: 63 MOTION to Vacate 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, . . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 04/13/2022) |
| 04/13/2022 | 65 | DECLARATION of Barbara J. S. McKee in Support re: 63 MOTION to Vacate 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, .. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Petition to Confirm Arbitration Award and Entry of Judgment).(Cauley, Thomas) (Entered: 04/13/2022) |
| 04/20/2022 | 66 | PROPOSED SCHEDULING ORDER. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 04/20/2022) |
| 04/21/2022 | 67 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, by their undersigned counsel, as follows: 1. White Oak's response to the Plan's Motion to Correct the Judgment shall be served and filed on or before May 6, 2022, and its reply in support of its Motion to Vacate the Judgment for Lack of Subject Matter Jurisdiction shall be served and filed on or before May 20, 2022. 2. The Plan's response to White Oak's motion to Vacate the Judgement for Lack of Subject Matter Jurisdiction shall be served and filed on or before May 6, 2022, and its reply in support of its Motion to Correct the Judgment shall be served and filed on or before May 20, 2022. This is the parties' first request for adjournment of the motions. SO ORDERED. ( Responses due by 5/6/2022, Replies due by 5/20/2022.) (Signed by Judge Lewis A. Kaplan on 4/21/2022) (ate) (Entered: 04/21/2022) |
| 05/06/2022 | 68 | MEMORANDUM OF LAW in Opposition re: 61 MOTION to Amend/Correct 60 Clerk's Judgment,,,, . . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 05/06/2022) |
| 05/06/2022 | 69 | DECLARATION of Thomas K. Cauley, Jr. in Opposition re: 61 MOTION to Amend/Correct 60 Clerk's Judgment,,,, .. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A– Excerpts from Joint Exhibit 3 from the December 16–20, 2019 Arbitration Hearing, # 2 Exhibit B– Excerpts from Joint Exhibit 23 from the December 16–20, 2019 Arbitration Hearing, # 3 Exhibit C– Excerpts from White Oak Exhibit 130 from the December 16–20, 2019 Arbitration Hearing, # 4 Exhibit D– Excerpt from White Oak Exhibit 38 from the December 16–20, 2019 Arbitration Hearing, # 5 Exhibit E– White Oak Exhibit 85 from the December 16–20, 2019 Arbitration Hearing, # 6 Exhibit F– Excerpts of the Transcript from the December 16–20, 2019 Arbitration Hearing).(Cauley, Thomas) (Entered: 05/06/2022) |
| 05/06/2022 | 70 | MEMORANDUM OF LAW in Opposition re: 63 MOTION to Vacate 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, . . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 05/06/2022) |
| 05/20/2022 | 71 | REPLY MEMORANDUM OF LAW in Support re: 63 MOTION to Vacate 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, . . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 05/20/2022) |
| 05/20/2022 | 72 | DECLARATION of Thomas K. Cauley, Jr. in Support re: 63 MOTION to Vacate 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, .. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A – Post–Hearing Brief).(Cauley, Thomas) (Entered: 05/20/2022) |
| 05/21/2022 | 73 | REPLY MEMORANDUM OF LAW in Support re: 61 MOTION to Amend/Correct 60 Clerk's Judgment,,,, . . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 05/21/2022) |

| 05/21/2022 | 74 | DECLARATION of C. William Phillips in Support re: 61 MOTION to Amend/Correct 60 Clerk's Judgment,,,, .. Document filed by The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit A: May 11, 2022 Letter from White Oak counsel, # 2 Exhibit B: Excerpt from the transcript of the testimony of Barbara McKee, # 3 Exhibit C: Subscription Documents for White Oak Pinnacle Feeder Fund.).(Phillips, C.) (Entered: 05/21/2022) |
|---|---|---|
| 05/24/2022 | 75 | MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*. Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 05/24/2022) |
| 05/24/2022 | 76 | MEMORANDUM OF LAW in Support re: 75 MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*. . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 05/24/2022) |
| 05/24/2022 | 77 | DECLARATION of Thomas K. Cauley, Jr. in Support re: 75 MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*.. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Cauley, Thomas) (Entered: 05/24/2022) |
| 05/24/2022 | 78 | DECLARATION of Barbara J. S. McKee in Support re: 75 MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*.. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit Clerk's Judgment).(Cauley, Thomas) (Entered: 05/24/2022) |
| 06/07/2022 | 79 | MEMORANDUM OF LAW in Opposition re: 75 MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*. . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 06/07/2022) |
| 06/07/2022 | 80 | DECLARATION of Clea P.M. Liquard in Opposition re: 75 MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*.. Document filed by The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit A – Information and Document Subpoena to First Republic Bank, # 2 Exhibit B – Information Subpoena to SEI., # 3 Exhibit C – Document and Testimony Subpoena to SEI, # 4 Exhibit D – December 19, 2019 Hearing Transcript).(Phillips, C.) (Entered: 06/07/2022) |
| 06/14/2022 | 81 | REPLY MEMORANDUM OF LAW in Support re: 75 MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*. . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 06/14/2022) |
| 06/14/2022 | 82 | DECLARATION of Barbara J.S. McKee in Support re: 75 MOTION to Stay re: 59 Memorandum & Opinion,,, 60 Clerk's Judgment,,,, *Pending Resolution of Motions*.. Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 06/14/2022) |
| 06/17/2022 | 83 | MOTION to Compel SEI Investments Company to Comply with Information Subpoena . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 06/17/2022) |
| 06/17/2022 | 84 | MEMORANDUM OF LAW in Support re: 83 MOTION to Compel SEI Investments Company to Comply with Information Subpoena . . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 06/17/2022) |
| 06/17/2022 | 85 | DECLARATION of Clea P.M. Liquard in Support re: 83 MOTION to Compel SEI Investments Company to Comply with Information Subpoena .. Document filed by The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit A – 2022.3.15 Correspondence from White Oak, # 2 Exhibit B– 2022.3.11 Correspondence to White Oak).(Phillips, C.) (Entered: 06/17/2022) |
| 06/17/2022 | 86 | CERTIFICATE OF SERVICE of Petitioners' Motion to Compel Compliance With Information Subpoena served on SEI Investments Company on June 17, 2022. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 06/17/2022) |

| 06/20/2022 | 87 | MEMORANDUM OPINION re: 63 MOTION to Vacate 59 Memorandum & Opinion,,, 60 Clerk's Judgment, . filed by White Oak Global Advisors, LLC. Having determined that the Court has subject matter jurisdiction pursuant both to 28 U.S.C. § 1331 and 29 U.S.C. § 1132, it does not reach the Plan's argument that there is subject matter jurisdiction also by virtue of White Oak's cross–petition to vacate. For the foregoing reasons, White Oak's motion to vacate the March 17, 2022 judgment for lack of subject jurisdiction is denied in all respects. (Signed by Judge Lewis A. Kaplan on 6/20/2022) (rro) (Entered: 06/21/2022) |
|---|---|---|
| 07/14/2022 | 88 | ORDER ON POST–JUDGMENT MOTIONS granting in part and denying in part 61 Motion to Amend/Correct 61 MOTION to Amend/Correct 60 Clerk's Judgment, ., 75 MOTION to Stay re: 59 Memorandum & Opinion, 60 Clerk's Judgment, *Pending Resolution of Motions*., 83 MOTION to Compel SEI Investments Company to Comply with Information Subpoena . ; denying as moot 75 Motion to Stay re: 61 MOTION to Amend/Correct 60 Clerk's Judgment, ., 75 MOTION to Stay re: 59 Memorandum & Opinion, 60 Clerk's Judgment, *Pending Resolution of Motions*., 83 MOTION to Compel SEI Investments Company to Comply with Information Subpoena . ; granting 83 Motion to Compel. This matter again is before the Court, this time on a number of post–judgment motions. The motions are disposed of as follows: 1. Petitioners' motion to correct the judgment (Dkt. 61) is granted to the following extent and otherwise denied. 2. Respondent moved to stay execution of the Judgment pending resolution of respondent's motion to vacate the Judgment for lack of jurisdiction (Dkt. 63) and Petitioners' motion to amend the Judgment (Dkt. 61), or alternatively, to quash the subpoena the Petitioners issued to SEI Investments Company ("SEI") and to modify the subpoena Petitioners issued to First Republic Bank (Dkt. 75). Insofar as respondent sought a stay, its motion is denied as moot in view of the determination of both respondent's motion to vacate the Judgment (Dkt. 87) and petitioners' motion to correct the Judgment. 3. Petitioners' motion (Dkt. 83) to compel SEI to comply with the subpoena served on it on or about May 18, 2022, which is not opposed by SEI, is granted in all respects. SEI shall comply with that subpoena on or before July 28, 2022. (And as further set forth herein.) SO ORDERED. (Signed by Judge Lewis A. Kaplan on 7/14/2022) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 07/14/2022) |
| 07/14/2022 | 89 | CLERK'S CORRECTED JUDGMENT re: 88 Order on Motion to Amend/Correct, Order on Motion to Stay, Order on Motion to Compel in favor of The Trustees of the New York State Nurses Association Pension Plan against White Oak Global Advisors, LLC in the amount of $8,971,617.44. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion dated March 17, 2022, and the Courts Order dated July 14, 2022, White Oak's motion is granted to the very limited extent that the award is modified as described in the Memorandum Opinion solely with respect to White Oaks' retention of the IMA management fee and denied in all other respects. The Plan's petition to confirm the arbitration award, consisting of the PFA and the FA and as modified by the preceding sentence, is granted in all respects. Accordingly, the Court confirms the following relief awarded in favor of the Plan: (I) removal of White Oak as fiduciary and investment manager; (ii) disgorgement of profits; (iii) disgorgement of the "Day One" management fees in the amount of $1,929,836.07, plus prejudgment interest at 9 percent per annum in the amount of $1,319,532.02; (iv) disgorgement of the net asset value of the Plan's assets as of August 4, 2021, with prejudgment interest at 9 percent per annum running from September 18, 2018 to August 4, 2021; and (v) $5,722,249.35 in attorneys' fees and costs. The Plan's requests for post–award prejudgment interest and for a declaratory judgment are denied, the latter as moot; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 7/14/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 07/14/2022) |
| 07/14/2022 | | Terminate Transcript Deadlines (km) (Entered: 07/14/2022) |
| 07/25/2022 | 90 | NOTICE OF APPEARANCE by Eamon Paul Joyce on behalf of White Oak Global Advisors, LLC..(Joyce, Eamon) (Entered: 07/25/2022) |
| 07/25/2022 | 91 | MOTION for Reconsideration *(Notice of White Oak Global Advisors, LLC's Motion for Partial Reconsideration)*. Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 07/25/2022) |

| 07/25/2022 | 92 | MEMORANDUM OF LAW in Support re: 91 MOTION for Reconsideration *(Notice of White Oak Global Advisors, LLC's Motion for Partial Reconsideration)*. . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 07/25/2022) |
|---|---|---|
| 07/25/2022 | 93 | DECLARATION of Thomas K. Cauley, Jr. in Support re: 91 MOTION for Reconsideration *(Notice of White Oak Global Advisors, LLC's Motion for Partial Reconsideration)*.. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A – Excerpts from December 16–20, 2019 Arbitration Hearing Transcripts, # 2 Exhibit B – Excerpts from June 17, 2021 Arbitration Hearing Transcript).(Cauley, Thomas) (Entered: 07/25/2022) |
| 08/08/2022 | 94 | MEMORANDUM OF LAW in Opposition re: 91 MOTION for Reconsideration *(Notice of White Oak Global Advisors, LLC's Motion for Partial Reconsideration)*. . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 08/08/2022) |
| 08/12/2022 | 95 | NOTICE OF APPEAL from 89 Clerk's Judgment,,,,,, 59 Memorandum & Opinion,,, 88 Order on Motion to Amend/Correct, Order on Motion to Stay, Order on Motion to Compel,,,,,,,,,,,,,,,,,,,,,,,, 60 Clerk's Judgment,,,, 87 Memorandum & Opinion,,. Document filed by White Oak Global Advisors, LLC. Filing fee $ 505.00, receipt number ANYSDC–26543868. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Joyce, Eamon) (Entered: 08/12/2022) |
| 08/12/2022 | 96 | MOTION to Approve the Accompanying Supersedeas Bond and to Stay Enforcement of the July 14, 2022 Corrected Judgment . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 08/12/2022) |
| 08/12/2022 | 97 | MEMORANDUM OF LAW in Support re: 96 MOTION to Approve the Accompanying Supersedeas Bond and to Stay Enforcement of the July 14, 2022 Corrected Judgment . . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 08/12/2022) |
| 08/12/2022 | 98 | DECLARATION of Barbara McKee in Support re: 96 MOTION to Approve the Accompanying Supersedeas Bond and to Stay Enforcement of the July 14, 2022 Corrected Judgment .. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Cauley, Thomas) (Entered: 08/12/2022) |
| 08/14/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 95 Notice of Appeal. (tp) (Entered: 08/14/2022) |
| 08/14/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 95 Notice of Appeal, filed by White Oak Global Advisors, LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/14/2022) |
| 08/15/2022 | 99 | REPLY MEMORANDUM OF LAW in Support re: 91 MOTION for Reconsideration *(Notice of White Oak Global Advisors, LLC's Motion for Partial Reconsideration)*. . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 08/15/2022) |
| 08/16/2022 | 100 | PROPOSED SCHEDULING ORDER. Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 08/16/2022) |
| 08/17/2022 | 101 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED by and among the parties, by their undersigned counsel, as follows: Petitioners the Trustees of the New York State Nurses Association Pension Plan ("the Plan")'s response to White Oak's Motion shall be served and filed on or before September 9, 2022. White Oak's reply in support of its Motion shall be served and filed on or before September 23, 2022. SO ORDERED. Set Deadlines/Hearing as to 96 MOTION to Approve the Accompanying Supersedeas Bond and to Stay Enforcement of the July 14, 2022 Corrected Judgment . :( Responses due by 9/9/2022, Replies due by 9/23/2022.) (Signed by Judge Lewis A. Kaplan on 8/17/22) (yv) (Entered: 08/17/2022) |
| 08/24/2022 | 102 | INITIAL NOTICE OF STAY OF APPEAL re: 95 Notice of Appeal,. A notice of appeal was filed in this case on 8/12/2022. Since at least one motion cited in F.R.A.P. 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s). USCA Case No. 22–1783..(nd) (Entered: 08/24/2022) |

| | | |
|---|---|---|
| 08/25/2022 | 103 | MEMO ENDORSED ORDER denying 91 Motion for Reconsideration re 91 MOTION for Reconsideration *(Notice of White Oak Global Advisors, LLC's Motion for Partial Reconsideration)*. filed by White Oak Global Advisors, LLC. ENDORSEMENT: Motion denied. It is entirely without merit. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 8/25/22) (yv) (Entered: 08/25/2022) |
| 08/29/2022 | 104 | AMENDED NOTICE OF APPEAL re: 95 Notice of Appeal, 89 Clerk's Judgment,,,,,, 59 Memorandum & Opinion,,, 88 Order on Motion to Amend/Correct, Order on Motion to Stay, Order on Motion to Compel,,,,,,,,,,,,,,,,,,,,,,,, 60 Clerk's Judgment,,,, 103 Order on Motion for Reconsideration, 87 Memorandum & Opinion,,. Document filed by White Oak Global Advisors, LLC..(Joyce, Eamon) (Entered: 08/29/2022) |
| 08/29/2022 | | First Supplemental ROA Sent to USCA (Index). Notice that the Supplemental Index to the record on Appeal for 104 Amended Notice of Appeal, filed by White Oak Global Advisors, LLC 3 Copies of the index, Certified Supplemental Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/29/2022) |
| 08/29/2022 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 104 Amended Notice of Appeal, filed by White Oak Global Advisors, LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/29/2022) |
| 09/07/2022 | 105 | PROPOSED STIPULATION AND ORDER. Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 09/07/2022) |
| 09/08/2022 | 106 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED by and among the parties, by their undersigned counsel, as follows: 1. The date by which the Plan's response to White Oak's Motion shall be served and filed is adjourned from September 9 to October 10, 2022. 2. The date by which White Oak's reply in support of its Motion shall be served and filed is adjourned from September 23 to October 24, 2022. SO ORDERED. Set Deadlines/Hearing as to 96 MOTION to Approve the Accompanying Supersedeas Bond and to Stay Enforcement of the July 14, 2022 Corrected Judgment . :( Responses due by 10/10/2022, Replies due by 10/24/2022.) (Signed by Judge Lewis A. Kaplan on 9/8/22) (yv) (Entered: 09/08/2022) |
| 09/08/2022 | 107 | MOTION for Attorney Fees . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 09/08/2022) |
| 09/08/2022 | 108 | MEMORANDUM OF LAW in Support re: 107 MOTION for Attorney Fees . . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 09/08/2022) |
| 09/08/2022 | 109 | DECLARATION of C. William Phillips in Support re: 107 MOTION for Attorney Fees .. Document filed by The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit A – Table summarizing requested amounts, # 2 Exhibit B – Invoices).(Phillips, C.) (Entered: 09/08/2022) |
| 09/14/2022 | 110 | PROPOSED STIPULATION AND ORDER. Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 09/14/2022) |
| 09/15/2022 | 111 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, by their undersigned counsel, as follows: 1. Respondent White Oak Global Advisors, LLC ("White Oak") shall serve and file its Response to the Motion by October 6, 2022. 2. The Plan shall serve and file its Reply by October 24, 2022. SO ORDERED. Set Deadlines/Hearing as to 107 MOTION for Attorney Fees . :( Responses due by 10/6/2022, Replies due by 10/24/2022.) (Signed by Judge Lewis A. Kaplan on 9/15/22) (yv) (Entered: 09/15/2022) |
| 10/06/2022 | 112 | MEMORANDUM OF LAW in Opposition re: 107 MOTION for Attorney Fees . . Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 10/06/2022) |
| 10/06/2022 | 113 | DECLARATION of Thomas K. Cauley, Jr. in Opposition re: 107 MOTION for Attorney Fees .. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A).(Cauley, Thomas) (Entered: 10/06/2022) |

| Date | # | Description |
|---|---|---|
| 10/08/2022 | 114 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** PROPOSED ORDER. Document filed by White Oak Global Advisors, LLC. Related Document Number: [96, 101, 106]..(Cauley, Thomas) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/11/2022 (km). (Entered: 10/08/2022) |
| 10/11/2022 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Thomas Cauley to RE–FILE Document 114 Proposed Order. Use the event type Proposed Orders, Proposed Stipulation and Order. The document needs to have handwritten signatures of the attorneys. (km)** (Entered: 10/11/2022) |
| 10/11/2022 | 115 | PROPOSED STIPULATION AND ORDER. Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 10/11/2022) |
| 10/17/2022 | 116 | PROPOSED STIPULATION AND ORDER. Document filed by White Oak Global Advisors, LLC..(Cauley, Thomas) (Entered: 10/17/2022) |
| 10/19/2022 | 117 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED by and among the parties, by their undersigned counsel, as follows: 1. The date by which the Plan's response to White Oak's Motion shall be served and filed is adjourned from October 10, 2022 to October 17, 2022. White Oak agrees to waive any and all objections to the timeliness of the Plan's response if the response is served and filed by October 17, 2022. 2. The date by which White Oak's reply in support of its Motion shall be served and filed is adjourned from October 24, 2022 to October 31, 2022. SO ORDERED. Set Deadlines/Hearing as to 96 MOTION to Approve the Accompanying Supersedeas Bond and to Stay Enforcement of the July 14, 2022 Corrected Judgment . :( Responses due by 10/17/2022, Replies due by 10/31/2022.) (Signed by Judge Lewis A. Kaplan on 10/19/22) (yv) (Entered: 10/19/2022) |
| 10/20/2022 | 118 | PROPOSED STIPULATION AND ORDER. Document filed by White Oak Global Advisors, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cauley, Thomas) (Entered: 10/20/2022) |
| 10/21/2022 | 119 | STIPULATION AND ORDER, IT IS HEREBY STIPULATED AND AGREED by and among the parties, by their undersigned counsel, as follows: The Plan agrees that the First Bond and Second Bond attached hereto as Exhibits A and B together sufficiently secure the monetary components of the Corrected Judgment pending the Appeal. All enforcement of the monetary components of the Corrected Judgment is stayed pending a decision on the Appeal. White Oak hereby withdraws the Appeal Bond Motion (Dkt. 96). SO ORDERED., Motions terminated: 96 MOTION to Approve the Accompanying Supersedeas Bond and to Stay Enforcement of the July 14, 2022 Corrected Judgment . filed by White Oak Global Advisors, LLC. (Signed by Judge Lewis A. Kaplan on 10/21/22) (yv) (Entered: 10/21/2022) |
| 10/24/2022 | 120 | STIPULATION AND ORDER: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, by their undersigned counsel, as follows: 1. The date by which the Plan's response to White Oak's Motion shall be served and filed is adjourned from October 17, 2022 to October 24, 2022. White Oak agrees to waive any and all objections to the timeliness of the Plan's response if the response is served and filed by October 24, 2022. 2. The date by which White Oak's reply in support of its Motion shall be served and filed is adjourned from October 31, 2022 to November 7, 2022. This is the Parties' fourth request for adjournment of the Motion. SO ORDERED. (Motions due by 10/24/2022. Responses due by 10/24/2022. Replies due by 11/7/2022.) (Signed by Judge Lewis A. Kaplan on 10/24/2022) (mml) (Entered: 10/24/2022) |
| 10/24/2022 | 121 | REPLY MEMORANDUM OF LAW in Support re: 107 MOTION for Attorney Fees . . Document filed by The Trustees of the New York State Nurses Association Pension Plan..(Phillips, C.) (Entered: 10/24/2022) |
| 10/24/2022 | 122 | DECLARATION of C. William Phillips in Support re: 107 MOTION for Attorney Fees .. Document filed by The Trustees of the New York State Nurses Association Pension Plan. (Attachments: # 1 Exhibit A: White Oak Management Webpage, # 2 Exhibit B: Nov. 30, 2021 Request, # 3 Exhibit C: Apr. 25, 2022 Request, # 4 Exhibit D: Jul. 12, 2022 Request, # 5 Exhibit E: Feb. 15, 2022 Request).(Phillips, C.) (Entered: 10/24/2022) |

| | | |
|---|---|---|
| 10/27/2022 | 123 | ORDER: granting 107 Motion for Attorney Fees. Petitioners' motion is GRANTED in all respects. The Plan shall have judgment against White Oak for the additional sum of $1,654,422.27 in attorney's fees, costs, and disbursements incurred in connection with the Plan's effort to confirm and enforce the arbitral award. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 10/27/2022) (ama) Transmission to Orders and Judgments Clerk for processing. (Entered: 10/27/2022) |
| 10/27/2022 | 124 | CLERK'S JUDGMENT re: 123 Order on Motion for Attorney Fees in favor of The Trustees of the New York State Nurses Association Pension Plan against White Oak Global Advisors, LLC in the amount of $1,654,422.27. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated October 27, 2022, Petitioners' motion is GRANTED in all respects. The Plan has judgment against White Oak for the additional sum of $1,654,422.27 in attorney's fees, costs, and disbursements incurred in connection with the Plan's effort to confirm and enforce the arbitral award. (Signed by Clerk of Court Ruby Krajick on 10/27/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 10/27/2022) |
| 11/09/2022 | 125 | SECOND AMENDED NOTICE OF APPEAL re: 95 Notice of Appeal, 123 Order on Motion for Attorney Fees, 89 Clerk's Judgment,,,,,, 59 Memorandum & Opinion,,, 88 Order on Motion to Amend/Correct, Order on Motion to Stay, Order on Motion to Compel,,,,,,,,,,,,,,,,,,,,,,, 124 Clerk's Judgment,, 60 Clerk's Judgment,,,, 103 Order on Motion for Reconsideration, 87 Memorandum & Opinion,,. Document filed by White Oak Global Advisors, LLC..(Joyce, Eamon) (Entered: 11/09/2022) |
| 11/10/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 125 Amended Notice of Appeal. (tp) (Entered: 11/10/2022) |
| 11/10/2022 | | Second Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 125 Amended Notice of Appeal, filed by White Oak Global Advisors, LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/10/2022) |